David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Natalia Cirincione

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Cirincione,<br><br>      Plaintiff,<br><br>v.<br><br><br>Equifax Information Services, LLC.; and Comenity Bank,<br><br>      Defendants. | **Case No.: 2:16-CV-00385-GMS**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, Plaintiff NATALIA CIRINCIONE And Defendant Comenity Bank, have settled this case as to Defendant Comenity only. The parties anticipate filing a stipulation to dismiss with prejudice with each side to bear their own attorneys fees and costs within 60 days of this notice.

| | |
|---|---|
| Date: May 5, 2016 | **HYDE & SWIGART** |
| | By: s/David J. McGlothlin |
| | David J. McGlothlin |
| | Attorneys for the Plaintiff |