David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:   (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Natalia Cirincione

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Cirincione,<br><br>                    PLAINTIFF,<br><br>v.<br><br>Equifax Information Services, LLC and Comenity Bank,<br><br>                    DEFENDANTS. | **CASE NO: 2:16-CV-00385-GMS**<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

   PLEASE TAKE NOTICE that Plaintiff Natalia Cirincione, and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in the

above-entitled matter.  The parties need to execute the settlement agreement, but anticipate filing a dismissal with prejudice, as to Equifax, no later than 45 days from the date of this Notice.  As Plaintiff has settled with all defendants in this case, Plaintiff requests all future hearings and deadlines be vacated.

Date: May 12, 2016                                    **KAZEROUNI LAW GROUP**

                                                        By: */s/ Ryan L. McBride*
                                                        Ryan L. McBride
                                                        Attorneys for Plaintiff